FARMERS' & MERCHANTS' STATE BANK OF WACO, TEX., v. PARK.

(Circuit Court of Appeals, Fifth Circuit. December 9, 1913. Rehearing Denied January 27, 1914.)

No. 2,521.

BANKRUPTCY (§ 154*)—RIGHT OF SET-OFF—SPECIAL DEPOSIT IN BANK.

> A bank will not be allowed to set off a deposit made by a bankrupt shortly prior to the bankruptcy against a previous indebtedness of the bankrupt contrary to the agreement under which the deposit was made.

> [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 451–455; Dec. Dig. § 154.*]

Appeal from the District Court of the United States for the Western District of Texas.

Suit in equity by M. C. H. Park, trustee in bankruptcy of the Slayden-Kirksey Woolen Mill, against the Farmers' & Merchants' Bank of Waco, Tex. Decree for complainant, and defendant appeals. Affirmed.

Frank T. West and E. C. Street, both of Waco, Tex., for appellant.

J. D. Williamson, of Waco, Tex., John Neethe, of Galveston, Tex., and Rhodes S. Baker, of Dallas, Tex., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. Under the evidence in the case the deposit made by the Slayden-Kirksey Woolen Mill with the appellant bank shortly prior to the bankruptcy was a special deposit agreed not to be subject to general set-off. To allow a set-off of the same against the indebtedness previously due the bank would be to give the bank an advantage not enjoyed by other creditors.

Affirmed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes